## CHURCHMAN v. PAYTE.

No. 2755.   Opinion Filed June 19, 1913.

(133 Pac. 178.)

**JUSTICES OF THE PEACE—Appeal Bond—Defects—Amendment.**
Where the bond given on appeal from justice court to county court is in proper form in all respects, and contains all the statutory conditions, except the condition to "prosecute the appeal to effect and without unnecessary delay," it is error to refuse leave to correct error by filing a new bond containing the omitted condition.

(Syllabus by Rosser, C.)

*Error from County Court, Coal County;*
*R. H. Wells, Judge.*

Action by S. G. Payte against Tom Churchman. From a judgment of the county court, dismissing an appeal from a jus-

tice of the peace, plaintiff brings error. Reversed and remanded.

C. M. Threadgill, for plaintiff in error.
. Trice & Moore, for defendant in error.

Opinion by ROSSER, C. This appeal is from an order of the county court dismissing an appeal on account of a defect in the appeal bond.

The facts in this case are substantially the same as the facts in the case of Spaulding Mfg. Co. v. Roff, 34 Okla. 309, 125 Pac. 727. It was there held that it was the duty of the court to permit an appeal bond to be corrected or amended as provided in section 5394, Comp. Laws 1909. That case has been followed in C., R. I. & P. Ry. Co. v. Moore, 34 Okla. 199, 124 Pac. 898; Spaulding Mfg. Co. v. Witter, 34 Okla. 313, 125 Pac. 729, and Roberts v. Converse, ante, 131 Pac. 539.

This case must be reversed and remanded, with instructions to the county court of Coal county to permit the plaintiff in error to file an amended appeal bond, and to proceed with the trial of the case in regular course.

By the Court: It is so ordered.